UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of August, two thousand and fourteen,

_____

Isack Kousnsky,

      Plaintiff - Appellant,

v.

Amazon.Com, Inc., Pyramid America, eBay Inc., Art.Com Inc.,

      Defendants - Appellees.

**ORDER**
Docket No: 14-1979

_____

    APPELLANT Isack Kousnsky has filed a scheduling notification, pro se, pursuant to the Court's Local Rule 31.2, setting September 11, 2014 as the brief/joint appendix filing date.

    The scheduling notification hereby is so ordered.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court
